UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD FIELDS, | Case No. CV 08-1487-GAF(RC) |
| Petitioner, | |
| vs. | JUDGMENT |
| LEROY BACA (SHERIFF), | |
| Respondent. | |

Pursuant to the Opinion and Order on a petition for habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action are DISMISSED without prejudice.

DATE: 3/12/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-1487.mdo
3/10/08